UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Ricardo Vargas | § | |
|     Petitioner, | § | |
| v. | § | C.A. NO. C-06-391 |
| | § | |
| Nathaniel Quarterman, Director TDCJ-CID | § | |
|     Respondent. | § | |

## FINAL JUDGMENT

It is the Court's judgment that petitioner is not entitled to any relief. The Court DISMISSES with prejudice petitioner's writ application.

ORDERED this _____ 11th day of _____ June _____, 2007.

_____
HAYDEN HEAD
CHIEF JUDGE